IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRON MCCLURE**                                                                                              **PLAINTIFF**

v.                                            **Case No. 4:23-cv-00554-KGB**

**DOES**                                                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tyron McClure's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so ordered this 28th day of August, 2023.

*[signature]*

Kristine G. Baker
United States District Judge